**Order entered July 17, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-10-00866-CR

**MICHAEL EDWARD DANSBY SR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Kaufman County, Texas**
**Trial Court Cause No. 25891-CC**

## ORDER

The trial court revoked appellant's community supervision, adjudicated his guilt, and sentenced him to eighteen years' imprisonment and a fine of $960. On appeal, we concluded the trial court erred by revoking appellant's community supervision and adjudicating his guilt. *See Dansby v. State*, No. 05-10-00866-CR, 2015 WL 3657749 (Tex. App.—Dallas June 15, 2015, no pet. h.). We reversed the trial court's judgment, reinstated the order of deferred adjudication, and remanded the cause for further proceedings.

Appellant asks this Court to set bail pending final determination of the appeal under article 44.04(h) of the code of criminal procedure. *See* TEX. CODE CRIM. PROC. ANN. art. 44.04(h) (West 2006). Bail is hereby set in the amount of $10,000, and any sureties must be approved by the trial court with any reasonable conditions of bail imposed by the trial court.

Once bail is posted, the trial court is **ORDERED** to release appellant from confinement assessed in the cause.

The State has requested that we require appellant, as a condition of bail, to register as a sex offender under chapter 62 of the Texas Code of Criminal Procedure. We decline to do so. Appellant's duty to register as a sex offender already exists under article 62.101(a)(1) of the Texas Code of Criminal Procedure because he has a reportable conviction or adjudication for a sexually violent offense as defined in article 62.001(5)(A) and (6)(A). The duty does not arise as a condition of bail.

The Clerk of the Court is **DIRECTED** to send copies of this order to the Honorable Dennis Jones, presiding judge of the County Court at Law of Kaufman County, and counsel for all parties.

/s/     LANA MYERS
        JUSTICE